IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERRY CONTRACTING, LP D/B/A BAY, LTD.<br>Plaintiff | §§§§§§§§§ | |
| VS | | CIVIL ACTION NO. C-08-312 |
| M/V ARIES SWAN, its engines Tackle, etc., in rem,<br>Defendant | | IN ADMIRALTY, Rule 9(h) |

## ANSWER OF ARIES SUPPLY 1 KS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, through undersigned counsel, comes Aries Supply 1 KS, appearing solely as claimant of the *in rem* defendant, M/V ARIES SWAN, and with a full reservation of all rights and defenses pursuant to Rule E(8) of the Federal Rules of Civil Procedure, and for answer to the verified complaint of Berry Contracting LP d/b/a Bay Ltd., Aries Supply 1 KS represents upon information and belief as follows:

### FIRST DEFENSE

The plaintiffs knew that the party ordering their services lacked authority to incur maritime liens on the vessel, thereby precluding the plaintiff from proceeding against this vessel *in rem*.

### SECOND DEFENSE

The lien asserted in the complaint is barred by Plaintiff's knowledge, or deemed knowledge, of the "no lien" clause, paragraph 16 of the charter party between Aries Supply 1 KS

and Energy Sea & Land Projects, Inc. and pursuant to which the vessel was being operated at all relevant times.

### THIRD DEFENSE

Upon information and belief, the plaintiff did not reasonably rely on the credit of the vessel and therefore lacks the right to proceed against this vessel *in rem*.

### FOURTH DEFENSE

AND NOW, for answer to the specific allegations of the Plaintiff's Original Verified Complaint, and with a full reservation of all rights and defenses, Aries Supply 1 KS:

1. Admits the allegations of paragraph I;

2. Can neither admit nor deny the allegations in paragraph II due to lack of sufficient information upon which to justify a belief therein;

3. Admits the allegations in paragraph III;

4. Can neither admit nor deny the allegations in paragraph IV due to lack of sufficient information upon which to justify a belief therein;

5. Admits the allegations in paragraph V

6. Can neither admit nor deny the allegations in paragraph VI due to lack of sufficient information upon which to justify a belief therein;

7. Can neither admit nor deny the allegations in paragraph VII due to lack of sufficient information upon which to justify a belief therein;

8. Can neither admit nor deny the allegations in paragraph VIII due to lack of sufficient information upon which to justify a belief therein;

9. Denies the allegations of paragraph IX;

10. Can neither admit nor deny the allegations in paragraph IX due to lack of sufficient information upon which to justify a belief therein;

11. Denies the allegations of paragraph XI;

12. Denies the allegations of the plaintiff's prayer for relief.

WHEREFORE, Aries Supply 1 KS, appearing solely as claimant with a full reservation of all rights and defenses pursuant to Rule E(8), prays:

1. That this answer be deemed good and sufficient;

2. That the arrest of the M/V ARIES SWAN be lifted and the vessel be released from seizure;

3. That after due proceedings, the plaintiff's complaint be dismissed at the plaintiff's cost; and

4. For all such further relief to which Aries Supply 1 KS may be entitled.

Respectfully submitted,

By: /s/ John R. Pearson
John R. Pearson
State Bar No. 15693000
J. James Cooper
State Bar No. 04780010
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

**Attorney-in-Charge for Aries Supply 1 KS, appearing solely as Claimant of the *in rem* Defendant, M/V ARIES SWAN**

**Of Counsel:**

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5500

# CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R. Civ. P. 5, I hereby certify that on this 17th day of October, 2008 a true and correct copy of the above document was served via CM/ECF, the Southern District of Texas electronic filing system, to known counsel of record:

Jack C. Partridge
Royston, Rayzor Vickery & Williams, L.L.P.
1300 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470

Thomas R. Nork
Phelps Dunbar LLP
700 Louisiana Street
Suite 2600
Houston, TX 77002

/s/ John R. Pearson
John R. Pearson