UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| BERRY CONTRACTING LP; dba BAY, LTD., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-312 |
| | § | |
| M/V ARIES SWAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day the Court held an initial pretrial conference in the above-styled action and ordered as follows:

(1) Surface Production Systems, Inc.'s Opposed Motion for Continuance of Hearing on Motion to Remove Equipment (D.E. 32) is hereby DENIED; and

(2) Surface Production Systems, Inc.'s Opposed Motion to Permit Removal of Equipment (D.E. 22) is hereby DENIED.

SIGNED and ORDERED this 14th day of November, 2008.

_____
Janis Graham Jack
United States District Judge