UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BERRY CONTRACTING LP; dba BAY, LTD., | § § § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. C-08-312 |
| | § |
| M/V ARIES SWAN, | § § |
| Defendant. | § |

## **ORDER**

On March 18, 2009, the Court held a telephone conference in the above-styled action and ordered as follows: Surface Production Systems, Inc.'s Opposed Motion to Dismiss With prejudice (D.E. 45) is hereby DENIED.

SIGNED and ORDERED this 19th day of March, 2009.

_____
Janis Graham Jack
United States District Judge